UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.       Criminal No. 11-cr-89-01-JD

<u>Richard Parks</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8 ) filed by defendant is granted; Trial is continued to the two-week period beginning November 8, 2011, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

          ***/s/Joseph A. DiClerico, Jr.***
          Joseph A. DiClerico, Jr.
          United States District Judge

Date: August 4, 2011

cc: Jeff Levin, AFD
  Arnold H. Huftalen, AUSA
  U.S. Marshal
  U.S. Probation