UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Criminal No. 11-cr-89-01-JD

Richard E. Parks

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; the continuance is limited to 30 days. Trial is continued to the two-week period beginning December 13, 2011, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: October 21, 2011

cc: Jeffrey Levin, Esq.
    Arnold Huftalen, Esq.
    U.S. Marshal
    U.S. Probation