```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                        Criminal No. 11-cr-89-01-JD

<u>Richard E. Parks</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.  Government shall promptly decide if additional charges are going to be brought in this matter so that this case can move forward to trial or other resolution. Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             */s/ Joseph A. DiClerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date:  January 13, 2012

cc:  Jeffrey Levin, Esq.
     Arnold Huftalen, Esq.
     U.S. Marshal
     U.S. Probation